**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ELEANOR DAVIS, JERRY DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT R. ALLEN, III <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-3459-MLB |

## J U D G M E N T

This action having come before the court, the Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 13th day of September, 2021.

                                                             KEVIN P. WEIMER
                                                            CLERK OF COURT

                                      By:   s/ T. Frazier
                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 13, 2021
Kevin P. Weimer
Clerk of Court

By:   s/ T. Frazier
         Deputy Clerk